AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| AARON PHILLIPE RODRIGUEZ | CASE NUMBER: 07CR3314-BTM |

    I, AARON PHILLIPE RODRIGUEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _12-11-07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[Signature]*
Defendant

*[Signature]*
Defense Counsel

Before *[Signature]*
Judicial Officer

**FILED**
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY