UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 07CR3314BTM |
| | ) MAGISTRATE NO. 07MJ2766 |
| Plaintiff, | ) |
| | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
| | ) MATERIAL WITNESS |
| AARON PHILLIPE RODRIGUEZ, | ) |
| | ) MIGUEL ARTEMIO MORALES-MARQUEZ |
| Defendants. | ) |
| | ) |
| _____ | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bond deposited on behalf of the Material Witness, MIGUEL ARTEMIO MORALES-MARQUEZ is exonerated and all monies deposited for his bond are to be returned to the surety listed in the financial office of the Clerk.

To wit:

        VICTORIA MORALES
        3406 E. 7th Street
        Los Angeles, CA 90023

DATED: January 11, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court