**FILED**
FEB 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>         v.                 )<br>  )<br>AARON PHILLIPE RODRIGUEZ,   )<br>  )<br>             Defendant.     )<br>_____ ) | CASE NO. 07CR03314-001-BTM<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for 3/14/08 is vacated and reset to 4/14/08 at 8:30 a.m.. *The defendant must still appear on 3/14/08 for a hearing on acceptance of his plea.*

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 2-13-2008

_____
Barry Ted Moskowitz
U.S. District Judge

cc: all counsel of record

/ld